UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br><br>  Plaintiff,<br><br>  v.<br><br>CDCR, *et. al.*,<br><br>  Defendants. | Case No. 2:21-cv-00130-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* SHOULDN'T BE DENIED BECAUSE OF HIS STATUS AS A "THREE-STRIKER"<br><br>THIRTY-DAY DEADLINE |

Plaintiff Daniel Harper is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. He has filed an application to proceed in forma pauperis. ECF No. 2. No prisoner may proceed *in forma pauperis* in a civil action if they have previously had three actions dismissed as frivolous, malicious, or for failure to state a claim. 28 U.S.C. § 1915(g). Plaintiff has had three cases dismissed for failure to state a claim:

(1) *Harper v. Wilcox*, No. 2:07-cv-1158-LKK-KJM at ECF Nos. 5 & 6;

(2) *Harper v. Williams, et. al.*, No. 2:07-cv-02166-LKK-GGH at ECF Nos. 18 & 19; and

(3) *Harper v. Morgan*, No. 2:08-cv-02526-GGH at ECF No. 15.

Plaintiff would still be entitled to proceed *in forma pauperis* if his complaint alleged that he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). It does not. Plaintiff names three defendants, the California Department of Corrections and Rehabilitation, social worker

1 Alexandria Tan, and correctional officer K. Ancheta.  ECF No. 1 at 2.  His allegations are
2 difficult to understand and none of the defendants are mentioned therein.  As best I can tell, his
3 issues relate to disciplinary proceedings and his placement in administrative segregation.  *Id.* at 3.
4 Plaintiff does not allege that he is imminent danger.
5   Within thirty days, plaintiff should respond to this order and show why, in spite of his
6 "three-striker" status, he should be allowed to proceed *in forma pauperis*.  Alternatively, he may
7 discharge this order by submitting the 402 dollar filing fee.  If plaintiff's response does not
8 adequately justify being allowed to proceed *in forma pauperis*, I will recommend that his
9 application be denied.

IT IS SO ORDERED.

Dated:   March 3, 2021                              _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE